SCWC-11-0000550

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

(CR. NO. 10-1-0904)
STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

SHAUN L. CABINATAN, Petitioner/Defendant-Appellant,

and

KIMO MOORE, Respondent/Defendant.

------------------------------------------------------------------

(CR. NO. 09-1-0854)
STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

SHAUN L. CABINATAN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000550)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Shaun L. Cabinatan's

application for writ of certiorari filed on March 26, 2013, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

     DATED:  Honolulu, Hawaiʻi, May 2, 2013.

Jon N. Ikenaga
for petitioner

Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

